| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) WILLIAMS, RICHARD L. | 2. Court or Organization U.S. District Court ED/VA | 3. Date of Report 04/30/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address Robinson/Merhige U.S. Courthouse 701 E. Broad St., Suite 3000 Richmond, Virginia 23219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Revocable Trust Agreement dated as of 11/29/05 to hold Scott & Stringfellow Account - Trust #1 |
| 2. Trustee | Revocable Trust Agreement dated as of 11/29/05 to hold Scott & Stringfellow Account - Trust #2 |
| 3. Trustee | Revocable Trust Agreement dated as of 11/29/05 to hold Merrill Lynch Account - Trust #3 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -8 A 10: 53 DISCLOSURE OFFICE

Williams_Richard_L

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/2 - 12/3 | Virginia Supplemental Retirement/retirement Total - | $10,292.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| WILLIAMS, RICHARD L. | - | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America/Richmond, VA/ Accts | A | Interest | K | T | | | | | |
| 2. Suntrust/Richmond, VA/Acct | A | Interest | J | T | | | | | |
| 3. Revocable Trust #1/Scott & Stringfellow Co mprised of: | E | Int./Div. | N | T | | | | | |
| 4. - Bristol Myers Squibb Co. (Common Stock) | | | | | | | | | |
| 5. - Intel Corp. (Common Stock) | | | | | | | | | |
| 6. - Int'l Business Mach. (Common Stock) | | | | | | | | | |
| 7. - Microsoft (Common Stock) | | | | | | | | | |
| 8. - Minnesota Mng. Mfg - (3M Co.) (Common Stock) | | | | | | | | | |
| 9. - Suntrust Banks (Common Stock) | | | | | | | | | |
| 10. - Verizon Communications (Common Stock) | | | | | | | | | |
| 11. - Johnson & Johnson (Common Stock) | | | | | | | | | |
| 12. - Smucker JM Co. (Common Stock) | | | | | | | | | |
| 13. - AT&T | | | | | | | | | |
| 14. - Accomack Cnty Va. G O 121608 | | | | | Sold | 12/15 | J | | See Notes |
| 15. - Richmond VA MET Auth Expwy Rev ITM 011613 | | | | | | | | | |
| 16. - Harrisonburg VA REDV HSG 071614 | | | | | | | | | |
| 17. - Units Tax Exempt Bd FD VA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Henrico VA 6.5 060122 | | | | | | | | | |
| 19. - Va St RDA-D 6.0 040124 | | | | | | | | | |
| 20. - Fairfax FINL 042612 | | | | | | | | | |
| 21. - Loudoun VA VAR 080128 | | | | | | | | | |
| 22. - Gen. Mtrs Accept. Corp. | | | | | Sold | 10/15 | J | | See Notes |
| 23. - Albemarle Va. 010112 | | | | | | | | | |
| 24. - Smithfield 080111 | | | | | | | | | |
| 25. - Smithfield 021508 | | | | | Sold | 2/15 | J | | See Notes |
| 26. - Va Bch Va Dv Ath Res Care Fac 7/01/10 | | | | | Buy | 12/23 | J | | |
| 27. Revocable Trust #2 - Scott & Stringfellow Acct. Comprised of | D | Int./Div. | M | T | | | | | |
| 28. - Alexandria VA Indl Dev Auth Epis HS 0 10108 | | | | | Redeemed | 1/2 | J | A | |
| 29. - Va St Res Auth Wtr & Swr Sussex | | | | | | | | | |
| 30. - Prnc Wm Co Va Wstmnstr Lake 610113 | | | | | | | | | |
| 31. - Va. St Res Auth Rev. Infra Sub Pooled Fi ng 110111 | | | | | | | | | |
| 32. - Henrico Co Va EconDv Utd Meth 6/01/28 | | | | | Buy | 2/8 | J | | |
| 33. - Fairfax Co Va Econ Dv Goodwin Hs 10/0 1/16 | | | | | Buy | 2/13 | K | | |
| 34. Revocable Trust #3 - Merrill Lynch CMA comprised of | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Norfolk VA Wtr Rev RFDG FSA 110123 | | | | | | | | | |
| 36.   - VA St Res Auth Wtr&Sys Rev Sussex RF OIL 100125 | | | | | | | | | |
| 37.   - VA St Res at INFRA Rev Pooled LN BD 0 50117 | | | | | | | | | |
| 38.   - VA Cllge Bldg Auth Wash-Lee MBIA 0 10126 | | | | | | | | | |
| 39.   - Arlington Co VA Pub IMPT 02012019 | | | | | | | | | |
| 40.   - Southeastern Pub. Svc Auth 07012015 | | | | | | | | | |
| 41.   - Norfolk Va. Cap. Impt. MBIA 03012016 | | | | | | | | | |
| 42.   - DC Ballpk Rev 2012019 | | | | | | | | | |
| 43.   - Blackrock MuniVest Fund, Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L. | 04/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Entries of new acquisitions have been listed in each brokerage account, not at the end of the report, in order to keep each account together.

Part VII - Lines 14, 22, 25 - No appropriate letter code. These assets were sold at a loss or the same as purchase price. No gains were realized on these three entries.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544